DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

**RICHARD MATTHEWS,**              )
                                   )
    **Plaintiff,**              )
                                   )
v.                                 )    Civil Action No. 2024-0005
                                   )
**JAMALE R. GRIFFIN, RAY MARTINEZ,** )
**KATHRYN B. JENSEN de LUGO,**     )
**DENESE MARSHALL, JEWEL V. OWEN,** )
**G. RITA DUDLEY-GRANT, LINDSY WAGNER,** )
**LORI THOMPSON, and CHRISTOPHER KROBLIN,** )
                                   )
    **Defendants.**             )
_____)

**Appearances:**

**Richard Matthews,** *Pro Se*

**Chivonne A.S. Thomas, Esq.**
Miami, FL
    *For Defendants Jewel V. Owen, G. Rita Dudley-Grant,*
       *Lindsy Wagner*, *Lori Thompson*

**Shari N. D'Andrade, Esq.**
St. Croix, U.S.V.I.
    *For Defendant Christopher Kroblin*

## <u>ORDER</u>

**UPON CONSIDERATION** of the Report and Recommendation (Dkt. No. 43) issued by Magistrate Judge Emile A. Henderson III; the entire record herein; and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 43) is **ADOPTED AS SUPPLEMENTED** herein; and it is further

**ORDERED** that the Court will permit Plaintiff Richard Matthews' Amended Complaint (Dkt. No. 34-2) to proceed forward in the litigation; and it is further

2

**ORDERED** that Plaintiff's "Motion for Reconsideration" (Dkt. No. 6) is **DENIED**; and it is further

**ORDERED** that Plaintiff's "Motion for Interim Injunction" (Dkt. No. 1) is **DENIED** on the merits; and it is further

**ORDERED** that Defendant Christopher Kroblin's "Motion to Dismiss for Improper Service" (Dkt. No. 25) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's "Motion to Dismiss Christopher Kroblin from Lawsuit" (Dkt. No. 36) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's "Motion to Withdraw Plaintiff's Motion to Dismiss Christopher Kroblin from Lawsuit" (Dkt. No. 37) is **GRANTED**.

**SO ORDERED.**

Date: March 31, 2025        _____/s/_____
                            WILMA A. LEWIS
                            Senior District Judge